IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER SEVEN |
| CHRISTOPHER HOWARD PAIGE and MICHELE ANNA PAIGE, | : | BANKRUPTCY NO.: 5-11-bk-05957-JJT |
| DEBTORS | : | |
| LERNER MASTER FUND, LLC, | : | {**Nature of Proceeding**: Debtors-Defendants' Motion for Judgment pursuant to Fed. R. Bankr. P 7052 (Doc. #270)} |
| PLAINTIFF | : | |
| vs. | : | {**Nature of Proceeding**: Debtors-Defendants' Requests for Sanctions (Docs. ##67, 139, 233, 288, and 290)} |
| CHRISTOPHER HOWARD PAIGE and MICHELE ANNA PAIGE, | : | |
| DEFENDANTS | : | **ADVERSARY NO.: 5-12-ap-00067-JJT** |

# ORDER

For those reasons indicated in the Opinions filed this date and on March 11, 2016, (Doc. #303), on the issue of liability, **IT IS HEREBY**

**ORDERED** that judgment is entered in favor of the above Debtors/Defendants, Christopher Howard Paige and Michele Anna Paige, and against the Plaintiff, Lerner Master Fund, LLC.

On the issue of sanctions, **IT IS HEREBY**

**ORDERED** that the request for sanctions filed by the Debtors/Defendants is denied.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(CMS)

Date: December 29, 2016

[K:\Cathy\Opinions-Orders filed 2016\5-12-ap-00067-JJT_Paige_Sanctions.pdf]

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−5 | User: CSisk | Date Created: 12/29/2016 |
| Case: 5:12−ap−00067−JJT | Form ID: pdf010 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
aty   John C. Goodchild, III   jgoodchild@morganlewis.com
aty   Melina R DiMattio   mdimattio@morganlewis.com
aty   Zachary M. Johns   zjohns@morganlewis.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla   Lerner Master Fund, LLC   c/o John C. Goodchild, III   1701 Market Street   Philadelphia, PA 19103−2921
dft   Christopher Howard Paige   7152 Skytop Meadows Dr   PO Box 264   Skytop, PA 18357
dft   Michele Anna Paige   7152 Skytop Meadows Dr   PO Box 264   Skytop, PA 18357
ust   United States Trustee   228 Walnut Street, Suite 1190   Harrisburg, PA 17101

TOTAL: 4