# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ) | |
| )  | |
| CHRISTOPHER PAIGE and  ) | |
| MICHELE PAIGE,  ) | |
| )  | Case No. 3:17-cv-00023-MEM |
| Debtors  ) | |
| )  | |
| _____ ) | _____ |
| )  | |
| CHRISTOPHER PAIGE,  ) | |
| MICHELE PAIGE,  ) | |
| )  | |
| )  | |
| Defendants/APPELLANTS) | |
| )  | |
| vs.  ) | |
| )  | |
| LMF,  ) | Case No. 5:11-bk-05957-JJT |
| MORGAN LEWIS, and  ) | |
| JOHN GOODCHILD, ESQ.  ) | Adv. No. 12-ap-00067-JJT |
| )  | |
| )  | |
| Plaintiff/APPELLEES  ) | |
| _____ ) | _____ |

## APPELLANTS' AMENDED DESIGNATION
## OF THE RECORD FOR APPEAL

**COME NOW** the Appellants Christopher and Michele Paige, the Debtor-

Defendants in the above-captioned adversary proceeding, pursuant to Rule 8009 of

the Federal Rules of Bankruptcy Procedure to hereby identify and designate the

following items to be included in the Record for their appeal of the Order entered

by the United States Bankruptcy Court (the "Bankruptcy Court") on December 29,

2016 and the related interlocutory orders designated in our Notice of Appeal, filed herewith.

Please note that I intend to designate the entire document (with Exhibits) when I designate a document, but I have called particular attention to particularly important Exhibits to eliminate any ambiguity.

Also, please note that I have included more documents than might strictly be necessary to avoid any allegation that I am selectively editing the Record.

| Date | | Dkt # |
|------|---|-------|
| N/A | Principal Bankruptcy Docket (11-bk-05957-JJT) | NA |
| N/A | Adversary Docket (LMF v. Paige) (12-ap-00067- JJT) | NA |
| 12/29/16 | Final Judgment | 350 |
| 12/29/16 | Final Opinion | 349 |
| 12/29/16 | Order (evidence) | 348 |
| 11/17/16 | Correspondence | 347 |
| 8/23/16 | Appellants' Reply Brief (sanctions) | 346 |
| 8/10/16 | Appellees' Post-Trial Submission (sanctions) | 345 |
| 8/10/16 | Appellants' Reply Brief (evidence) | 344 |
| 7/29/16 | Appellees' Memo (evidence) | 342 |
| 7/27/16 | Appellees' Memo | 341 |
| 7/21/16 | Tr. 7/13/16 (sanctions) | 340 |
| 7/20/16 | Correspondence (sanctions) | 339 |
| 7/13/16 | Proceeding Memo | 337 |
| 7/13/16 | Proceeding Memo | 336 |
| 7/13/16 | Appellants' Brief & Proposed Findings (sanctions) | 335 |

| Date | | Dkt # |
|---|---|---|
| 7/13/16 | Appellants' Motion (evidence) | 334 |
| 7/8/16 | Appellees' Memo | 329 |
| 7/1/16 | Tr. 5/19/16 (sanctions) | 328 |
| 7/1/16 | Tr. 5/18/16 (sanctions) | 327 |
| 7/1/16 | Tr. 5/17/16 (sanctions) | 326 |
| 4/18/16 | Tr. 3/29/16 (sanctions) | 319 |
| 3/30/16 | Order (sanctions discovery) | 316 |
| 3/30/16 | Order (sanctions discovery) | 315 |
| 3/23/16 | Order | 311 |
| 3/22/16 | Appellees' Memo | 310 |
| 3/18/16 | Appellees' Memo | 309 |
| 3/11/16 | Order | 304 |
| 3/11/16 | Opinion | 303 |
| 2/9/16 | Appellants's Reply Brief (sanctions) | 300 |
| 1/28/16 | Appellees' Memo | 299 |
| 1/28/16 | Appellees' Memo | 298 |
| 1/27/16 | Tr. 1/20/16 (trial) | 297 |
| 1/19/16 | Appellees' Memo w/ Exhibits | 293 |
| 1/19/16 | Appellees' Memo | 292 |
| 1/13/16 | Appellants' Motion (discovery) | 291 |
| 1/13/16 | Appellants' Motion (sanctions) | 290 |
| 1/13/16 | Appellants' Memo (sanctions) | 289 |
| 1/13/16 | Appellants' Motion (sanctions) | 288 |
| 1/8/16 | Tr. 1/4/16 (trial) | 287 |
| 1/4/16 | Appellants' Motion w/ Exhibits | 286 |

| Date | 1 | Dkt # |
|------|---|-------|
| 12/30/15 | Order | 276 |
| 12/28/15 | Appellees' Response & Motion w/ Exhibits | 275 |
| 12/14/15 | Tr. 12/7/15 (trial) | 274 |
| 12/10/15 | Tr. 12/2/15 (trial) | 272 |
| 12/10/15 | Tr. 12/1/15 (trial) | 271 |
| 12/1/15 | Tr. 11/20/15 (trial) | 261 |
| 12/1/15 | Tr. 11/18/15 (trial) | 260 |
| 12/1/15 | Tr. 11/16/15 (trial) | 259 |
| 11/18/15 | Tr. 11/12/15 (trial) | 255 |
| 11/11/15 | Appellees' Designations | 252 |
| 11/10/15 | Our Motions to Quash | 251 w/ Exhibits |
| 11/9/15 | Tr. 11/5/15 (trial) | 250 |
| 11/9/15 | Tr. 11/4/15 (trial) | 249 |
| 10/27/15 | Appelle's PreTrial Memo | 245 |
| 10/8/15 | Our Motions to Quash | 241 w/ Exhibits |
| 9/30/15 | Tr. 9/9/15 (2nd pre-trial conference) | 239 |
| 9/22/15 | Appellees' Memo | 238 |
| 9/9/15 | Proceeding Memo | 235 |
| 9/9/15 | Correspondence | 234 |
| 9/8/15 | Appellants' Motion (sanctions/summary judgment) | 233 |
| 9/4/15 | Order | 231 |
| 8/14/15 | Appellees' Memo | 228 |
| 8/14/15 | Appellees' Memo | 227 |
| 8/14/15 | Appellees' Memo | 226 |

| Date | 1 | Dkt # |
|---|---|---|
| 8/14/15 | Appellees' Memo | 225 |
| 8/12/15 | Appellees' Letter | 224 |
| 8/11/15 | Tr. 7/27/15 | 223 |
| 7/28/15 | Order | 215 |
| 7/28/15 | Order | 214 |
| 7/28/15 | Order | 213 |
| 7/28/15 | Order | 212 |
| 7/28/15 | Order | 211 |
| 7/28/15 | Order | 210 |
| 7/28/15 | Order | 208 |
| 7/24/15 | Appellees' Memo | 206 |
| 7/24/15 | Appellees' Memo | 205 |
| 7/8/15 | Appellees' Memo | 202 |
| 7/6/15 | Appellees' Memo | 195 |
| 6/22/15 | Appellees' Memo | 194 |
| 6/8/15 | Order | 191 |
| 5/29/15 | Appellees' Memo | 185 |
| 5/26/15 | Appellees' Answer | 183 |
| 5/26/15 | Appellees' Response | 182 |
| 5/14/15 | Appellees' Response | 179 |
| 5/7/15 | Order | 175 |
| 4/28/15 | Our Motion (Preclusion) | 171 |
| 4/27/15 | Appellees' Memo | 170 |
| 4/9/15 | Correspondence | 164 |
| 3/31/15 | Order | 155 |

| Date | 1 | Dkt # |
|---|---|---|
| 3/31/15 | Order | 154 |
| 3/31/115 | Order | 153 |
| 3/31/15 | Order | 152 |
| 3/31/15 | Order | 151 |
| 3/31/15 | Order | 150 |
| 3/31/15 | Order | 149 |
| 3/31/15 | Order | 148 |
| 3/12/15 | Correspondence | 147 |
| 1/14/15 | Appellants' Reply Brief (sanctions) | 146 |
| 1/5/15 | Appellees' Response | 143 |
| 1/5/15 | Appellees' Memo | 142 |
| 12/22/14 | Appellants' Brief (santions) | 140 |
| 12/22/14 | Appellants' Motion (sanctions) | 139 |
| 11/7/14 | Appellees' Memo | 132 |
| 11/4/14 | Appellants' Brief | 131 |
| 10/31/13 | Order | 128 |
| 10/30/13 | Appellees' Memo | 127 |
| 9/16/13 | Appellees' Memo | 124 |
| 9/16/13 | Appellees' Reply Brief | 123 |
| 9/13/13 | Order | 119 |
| 9/10/13 | Tr. 7/16/13 (sanctions) | 118 |
| 9/5/13 | Order | 116 |
| 8/28/13 | Correspondence | 111 |
| 8/26/13 | Appellees' Memo | 110 |
| 8/26/13 | Appellees' Answers | 109 |

| Date | 1 | Dkt # |
| --- | --- | --- |
| 8/26/13 | Appellees' Memo | 108 |
| 8/19/13 | Appellees' Motion | 107 |
| 8/8/13 | Our Motion | 103 |
| 8/5/13 | Appellees' Answer | 102 |
| 8/5/13 | Appellees' Answer | 101 |
| 7/19/13 | Our Motion | 96 |
| 7/18/13 | Proceeding Memo | 95 |
| 7/18/13 | Proceeding Memo | 94 |
| 7/8/13 | Appellees' Memo | 93 |
| 6/17/13 | Appellees' Motion (2nd Preclusion) | 91 |
| 5/28/13 | Appellees' Memo | 89 |
| 5/14/13 | Correspondence from Court | 88 |
| 5/6/13 | Appellees' Objection (Compel) | 83 |
| 4/22/13 | Appellants' Motion (Compel) | 82 |
| 4/22/13 | Appellees' Complaint | 81 |
| 4/16/13 | Order | 79 |
| 4/1/13 | Appellee's Opposition (sanctions) | 74 |
| 4/1/13 | Order | 73 |
| 4/1/13 | Opinion | 72 |
| 3/15/13 | Appellants' Memo (sanctions) | 71 |
| 3/8/13 | Tr. 8/15/12 | 70 |
| 3/1/13 | Appellants' Motion (sanctions) | 67 |
| 9/13/12 | Tr. 8/15/12 | 66 |
| 8/28/12 | Our Reply w/ Exhibits (reconsideration) | 64 |
| 8/20/12 | Proceeding Memo | 60 |

| Date | 1 | Dkt # |
|---|---|---|
| 8/20/12 | Proceeding Memo | 59 |
| 8/14/12 | Appellees' Memo | 58 |
| 8/14/12 | Appellees' Answer | 57 |
| 8/14/12 | Appellees' Answer | 56 |
| 8/14/12 | Appellees' Answer | 55 |
| 8/14/12 | Appellees' Answer | 54 |
| 8/14/12 | Appellees' Answer | 53 |
| 8/14/12 | Appellees' Answer | 52 |
| 8/14/12 | Appellees' Memo | 51 |
| 8/9/12 | Motion (Reconsider) | 50 |
| 8/2/12 | Order | 45 |
| 8/1/12 | Order | 41 |
| 8/1/12 | Opinion | 40 |
| 7/27/12 | Proceeding Memo | 38 |
| 7/19/12 | Our Motion (dispositive) | 32 |
| 7/19/12 | Our Motion (dispositive) | 30 |
| 7/19/12 | Our Motion (dispositive) | 28 |
| 7/19/12 | Our Motion (dispositive) | 26 |
| 7/19/12 | Our Motion (dispositive) | 24 |
| 7/19/12 | Our Motion (dispositive) | 22 |
| 7/24/12 | Order | 19 |
| 7/23/12 | Appellees' Motion | 18 |
| 7/13/12 | Appellees' Motion | 17 |
| 7/13/12 | Appellees' Motion | 16 |
| 6/14/12 | Proceeding Memo | 14 |

| Date | | Dkt # |
|------|---|-------|
| 3/23/12 | Order | 10 |
| 3/14/12 | Appellees' Memo (dispositive) | 9 |
| 2/29/12 | Our Motion (dispositive) | 4 |
| 2/23/12 | Appellees' Complaint | 1 |
| 12/1/11 | Appellees' Motion to Extend | D 35 |
| 12/5/11 | Appellants' Objection (Motion to Extend) | D 39 |
| 12/6/11 | Stipulation (if Motion to Extend DENIED) | D 40 |
| 12/22/11 | Appellants' Objection (Motion to Extend) | D 43 |
| 1/10/12 | Appellees' Motion for Relief from Stay | D 50 |
| 1/23/12 | Order | D 53 |
| 2/6/12 | Order | D 57 |
| 2/17/12 | Tr. 1/5/12 | D 63 |
| 2/23/12 | Appellees' Reply Memo | D 68 |
| 2/23/12 | Appellees' Reply Memo | D 69 |
| 3/9/12 | Tr. 3/1/12 (Motion to Extend) | D 86 |
| 4/9/12 | Appellees' Answer (Proof of Claim) | D 96 |
| 4/9/12 | Appellees' Motion (2nd Relief from Stay) | D 97 |
| 3/6/13 | Tr. 5/23/12 | D 129 |
| 3/6/13 | Tr. 6/30/12 | D 130 |
| 2/23/12 | LMF's Exhibit A to LMF's Motion | D 69 |
| 2/23/12 | LMF's Exhibit B to LMF's Motion | D 69 |
| N/A | Appellees' Hearing Exhibits from Sanctions Hearing (particularly #36) | No docket entry; in court files; reference at 320, 321, 322 & 336 |

| Date | | Dkt # |
|------|---|-------|
| N/A | Appellants' Hearing Exhibits from Sanctions Hearing (particularly KK) | No docket entry; in court files, referenced at Adv.Dkt. #115 & #334 |
| 170 | LMF's Trial Exhibits (particularly #43 & #44) | No docket entry; in court files at Adv.Dkt. #234 |
| 12/28/15 | Appellee's Proposed Findings | 275, Ex. A |
| 1/19/16 | Appellee's Proposed Findings | 293, Ex. A |
| 2/23/12 | LMF's Complaint, Ex. A | 1, Ex. A |
| 4/22/13 | LMF's Complaint, Ex. A | 81, Ex. A |

Please note that the letter "D" before a document number means that document is on the primary bankruptcy docket, rather than the Adversary Proceeding's docket.

Finally, please note that we have *NOT* reproduced these documents because we have filed a simultaneous petition to be relieved of that obligation, which we simply cannot afford to bear. Likewise, please note that every hearing in this adversary was transcribed, and I have designated those transcriptions, some of which are located on the original bankruptcy docket, rather than the adversary proceeding docket.

Since these documents are voluminous and readily available online, we find it difficult to imagine that producing another copy would be useful to anyone.

Dated: January 14, 2017          Respectfully submitted,

Christopher Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355

Michele Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355

## CERTIFICATE OF SERVICE

Under penalty of perjury, I hereby attest that I served a true and correct copy of the foregoing Designation of Record - including any exhibits thereto - upon the person(s) identified below on the date provided below via first-class U.S. mail, postage prepaid:

John Goodchild, Esq.
Morgan Lewis
1701 Market St
Philadelphia, PA 19103-2921

Dated: January 14, 2017            Respectfully submitted,


Christopher Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355