# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CHRISTOPHER PAIGE and MICHELE PAIGE, | : |
| | : |
| Debtors, | : |
| | :    CIVIL ACTION NO. 3:17-0023 |
| | : |
| LEARNER MASTER FUND, LLC | :    (JUDGE MANNION) |
| Plaintiff-Appellee, | : |
| v | : |
| CHRISTOPHER PAIGE and MICHELE PAIGE, | : |
| | : |
| Defendants-Appellants | : |

## ORDER

This action was assigned to the undersigned on January 5, 2017. Title 28 U.S.C. §455 (a) provides that:

> **Any justice, judge or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.**

The Appellants have moved for the undersigned's recusal, (Doc. 7), and the Appellee's have indicated they do not oppose such relief. (Doc. 12). Therefore, pursuant to 28 U.S.C. §455(a) and (b), the undersigned disqualifies himself from adjudicating this proceeding. The Clerk of Court is directed to reassign this matter to another judge.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: February 13, 2017
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2017 ORDERS\17-0023-03.wpd