# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER PAIGE and
MICHELE PAIGE,

    Appellants,

        v.

LERNER MASTER FUND, LLC,
MORGAN LEWIS & BOCKIUS, and
JOHN GOODCHILD,

    Appellees.

NO. 3:17-CV-0023

(JUDGE CAPUTO)

Bankruptcy No. 5-11-bk-05957
Adversary No. 5-12-ap-0067

## **ORDER**

**NOW**, this 12th day of January, 2018, **IT IS HEREBY ORDERED** that:

(1)     The December 29, 2016 Order of the United States Bankruptcy Court for the Middle District of Pennsylvania (Doc. 1-1) is **AFFIRMED**.

(2)     Appellants' Notice of Mootness and Motion to Strike and/or Motion to Force an Amendment to the Appellees' Brief (Doc. 69) is **DENIED**.

(3)     The Clerk of Court is directed to mark the case as **CLOSED**.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge