# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER PAIGE, and <br> MICHELE PAIGE, <br><br> Appellants, <br><br> vs. <br><br> LMF, <br> MORGAN LEWIS, and <br> JOHN GOODCHILD, ESQ., <br><br> Appellees | Bk. Appeal <br><br> No. 3:17 - CV - 00023 <br><br><br> **FILED** <br> **SCRANTON** <br> JAN 1 8 2018 <br> PER _____ <br> DEPUTY CLERK |
| CHRISTOPHER PAIGE, and <br> MICHELE PAIGE, <br><br> Debtors/Defendants, <br><br> vs. <br><br> LMF, <br> MORGAN LEWIS, and <br> JOHN GOODCHILD, ESQ., <br><br> Plaintiff/Respondents | Chapter 7 <br><br> Case No. 5:11-bk-05957-JJT <br> Adv. No. 12-ap-00067-JJT |

### DEBTOR-DEFENDANTS' NOTICE OF APPEAL
### TO THE UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT

1

PLEASE TAKE NOTICE: In accordance with Fed.R.App.P. 6 and pursuant to 28 U.S.C. Sec. 158(a), Christopher and Michele Paige — the Appellants in the above-captioned bankruptcy appeal — hereby respectfully appeal to the United States Court of Appeals for the Third Circuit from: (1) the January 12, 2018 Order (Dkt. #77) entering final judgment in favor of the Appellees and against the Appellants; and (2) the January 12, 2018 Opinion (Dkt. #76) providing the alleged rationale for the aforementioned Order.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

Christopher and Michele Paige
*Appellants, pro se*
75-78 177th St.
Fresh Meadows, NY 11366
(718) 591-6355

Lerner Master Fund, LLC
Morgan Lewis &
John Goodchild, Esq.
*Appellees*

John Goodchild, Esq.
Zachary Johns, Esq.
Melina Forte, Esq.
1701 Market St
Philadelphia, PA 19103-2921
(215) 963-5020
*Attorneys for Appellees*

**WHEREFORE,** we respectfully request that the Court of Appeals restore the rule of law, the courts' integrity, and the public's confidence therein by reversing this transparently-ludicrous and blatantly-bigoted Opinion (Dkt. #76) and Order (Dkt.#77), which — quite literally — held that "faggots" and "cunts" like my wife and I are legally obligated to settle, rather than litigate, any and all claims against us because we have no rights that anyone is bound to respect — not even the right to have our Briefs read before our appeals are rejected.

Dated: January 16, 2018        Respectfully submitted,

*[signature]*

Christopher Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355

*[signature]*

Michele Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355

## CERTIFICATE OF SERVICE

Under penalty of perjury, I hereby attest that I served a true and correct copy of the foregoing Notice of Appeal - including any exhibits thereto - upon the person(s) identified below on the date provided below via first-class U.S. mail, postage prepaid:

John Goodchild, Esq.
Morgan Lewis
1701 Market St
Philadelphia, PA 19103-2921

Dated: January 16, 2018                Respectfully submitted,

Christopher Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER PAIGE, and<br>MICHELE PAIGE,<br><br>        Appellants,<br><br>        vs.<br><br>LMF,<br>MORGAN LEWIS, and<br>JOHN GOODCHILD, ESQ.,<br><br>        Appellees | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bk. Appeal<br><br>No. 3:17 - CV - 00023 |
| CHRISTOPHER PAIGE, and<br>MICHELE PAIGE,<br><br><br>        Debtors/Defendants,<br><br>        vs.<br><br>LMF,<br>MORGAN LEWIS, and<br>JOHN GOODCHILD, ESQ.,<br><br><br>        Plaintiff/Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br>Chapter 7<br><br>Case No. 5:11-bk-05957-JJT<br>Adv. No. 12-ap-00067-JJT |

## DEBTOR-DEFENDANTS' NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

PLEASE TAKE NOTICE: In accordance with Fed.R.App.P. 6 and pursuant to 28 U.S.C. Sec. 158(a), Christopher and Michele Paige — the Appellants in the above-captioned bankruptcy appeal — hereby respectfully appeal to the United States Court of Appeals for the Third Circuit from: (1) the January 12, 2018 Order (Dkt. #77) entering final judgment in favor of the Appellees and against the Appellants; and (2) the January 12, 2018 Opinion (Dkt. #76) providing the alleged rationale for the aforementioned Order.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

Christopher and Michele Paige
*Appellants, pro se*
75-78 177th St.
Fresh Meadows, NY 11366
(718) 591-6355

Lerner Master Fund, LLC
Morgan Lewis &
John Goodchild, Esq.
*Appellees.*

John Goodchild, Esq.
Zachary Johns, Esq.
Melina Forte, Esq.
1701 Market St
Philadelphia, PA 19103-2921
(215) 963-5020
*Attorneys for Appellees*

**WHEREFORE,** we respectfully request that the Court of Appeals restore the rule of law, the courts' integrity, and the public's confidence therein by reversing this transparently-ludicrous and blatantly-bigoted Opinion (Dkt. #76) and Order (Dkt.#77), which — quite literally — held that "faggots" and "cunts" like my wife and I are legally obligated to settle, rather than litigate, any and all claims against us because we have no rights that anyone is bound to respect — not even the right to have our Briefs read before our appeals are rejected.

<u>Dated:</u> January 16, 2018      Respectfully submitted,

*[signature]*
Christopher Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355

*[signature]*
Michele Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355

## CERTIFICATE OF SERVICE

Under penalty of perjury, I hereby attest that I served a true and correct copy of the foregoing Notice of Appeal - including any exhibits thereto - upon the person(s) identified below on the date provided below via first-class U.S. mail, postage prepaid:

John Goodchild, Esq.
Morgan Lewis
1701 Market St
Philadelphia, PA 19103-2921

Dated: January 16, 2018          Respectfully submitted,

Christopher Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER PAIGE, and<br>MICHELE PAIGE,<br><br>  Appellants,<br><br>vs.<br><br>LMF,<br>MORGAN LEWIS, and<br>JOHN GOODCHILD, ESQ.,<br><br>  Appellees | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bk. Appeal<br><br>No. 3:17 - CV - 00023 |
| CHRISTOPHER PAIGE, and<br>MICHELE PAIGE,<br><br>  Debtors/Defendants,<br><br>vs.<br><br>LMF,<br>MORGAN LEWIS, and<br>JOHN GOODCHILD, ESQ.,<br><br>  Plaintiff/Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br><br>Case No. 5:11-bk-05957-JJT<br>Adv. No. 12-ap-00067-JJT |

**DEBTOR-DEFENDANTS' NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

1

PLEASE TAKE NOTICE: In accordance with Fed.R.App.P. 6 and pursuant to 28 U.S.C. Sec. 158(a), Christopher and Michele Paige — the Appellants in the above-captioned bankruptcy appeal — hereby respectfully appeal to the United States Court of Appeals for the Third Circuit from: (1) the January 12, 2018 Order (Dkt. #77) entering final judgment in favor of the Appellees and against the Appellants; and (2) the January 12, 2018 Opinion (Dkt. #76) providing the alleged rationale for the aforementioned Order.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

Christopher and Michele Paige
*Appellants, pro se*
75-78 177th St.
Fresh Meadows, NY 11366
(718) 591-6355

Lerner Master Fund, LLC
Morgan Lewis &
John Goodchild, Esq.
*Appellees*

John Goodchild, Esq.
Zachary Johns, Esq.
Melina Forte, Esq.
1701 Market St
Philadelphia, PA 19103-2921
(215) 963-5020
*Attorneys for Appellees*

**WHEREFORE,** we respectfully request that the Court of Appeals restore the rule of law, the courts' integrity, and the public's confidence therein by reversing this transparently-ludicrous and blatantly-bigoted Opinion (Dkt. #76) and Order (Dkt.#77), which — quite literally — held that "faggots" and "cunts" like my wife and I are legally obligated to settle, rather than litigate, any and all claims against us because we have no rights that anyone is bound to respect — not even the right to have our Briefs read before our appeals are rejected.

<u>Dated:</u> January 16, 2018       Respectfully submitted,

Christopher Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355

Michele Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355

## CERTIFICATE OF SERVICE

Under penalty of perjury, I hereby attest that I served a true and correct copy of the foregoing Notice of Appeal - including any exhibits thereto - upon the person(s) identified below on the date provided below via first-class U.S. mail, postage prepaid:

John Goodchild, Esq.
Morgan Lewis
1701 Market St
Philadelphia, PA 19103-2921

<u>Dated:</u> January 16, 2018         Respectfully submitted,

Christopher Paige
Debtor-Defendant
*Pro Se*
75 78 177th St.
Fresh Meadows, NY 11366
718.591.6355




